UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIGUEL MARIANO MOSCOTE-TRUJILLO

v.

UNITED STATES OF AMERICA

CASE No. 8:16-cv-2622-T-27TGW
Crim. Case No. 8:15-cr-97-T-27TGW

## REPORT AND RECOMMENDATION

THIS CAUSE came on to be heard upon the Petitioner's Second Amended Motion to Vacate, Set Aside or Correct Sentence, Pursuant to 28 U.S.C. 2255 (Doc. 8). Ground two of the petitioner's claim, that his counsel in the underlying criminal case failed to comply with his request to file a notice of appeal, was referred to me for an evidentiary hearing (Doc. 44).

Victor Martinez, Esq., who is a highly experienced and Spanish speaking attorney, was appointed to represent the petitioner as to that issue (Doc. 45). An evidentiary hearing on the petitioner's claim that his former counsel failed to comply with his request to file an appeal notice was scheduled for July 10, 2019 (see id.). The petitioner's former counsel in the criminal case, James Armington, was present at the hearing.

Before the hearing started, the petitioner and appointed counsel spoke at length with Government counsel. It was pointed out to the petitioner

that he would risk any reduction of his sentence for substantial assistance pursuant to Rule 35, Fed.R.Crim.P., if the petitioner testified at the evidentiary hearing and that testimony was determined to be untruthful.

Consequently, after conferring with the petitioner about that matter, the petitioner decided to withdraw ground two of his §2255 motion. Furthermore, I personally addressed the petitioner, and he confirmed to me that is what he wished to do. Accordingly, I recommend that ground two of the Petitioner's Second Amended Motion to Vacate, Set Aside or Correct Sentence, Pursuant to 28 U.S.C. 2255 (Doc. 8) be withdrawn.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: JULY 11, 2019

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.